ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program

                              Plaintiff,

      -against-

RICARDO RAMIREZ and CARMEN RAMIREZ,
Individually, and as officers, directors, shareholders
and/or principals of DON RICARDO STEAK
HOUSE LLC d/b/a DON RICARDO
RESTAURANT a/k/a DON RICARDO
STEAKHOUSE,

and

DON RICARDO STEAK HOUSE LLC d/b/a DON
RICARDO RESTAURANT a/k/a DON RICARDO
STEAKHOUSE,

                              Defendants
-------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No.07-CV-8106-VM-KNF
HON. VICTOR MARRERO

      The undersigned certifies that on the 28th day of November, 2007 your deponent served the following documents by regular mail:

      1) Request for Default
      2) Affidavit in Support of Request for Default
      3) Clerk's Certificate

on the following:

Carmen Ramirez
4460 Broadway
New York, NY 10040

Ricardo Ramirez
4460 Broadway
New York, NY 10040

Don Ricardo Steak House, LLC.
4460 Broadway
New York, NY 10040

                                                        /s/ Julie Cohen Lonstein
                                                        Julie Cohen Lonstein