ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                                  Plaintiff,

   -against-

RICARDO RAMIREZ and CARMEN RAMIREZ,
Individually, and as officers, directors, shareholders
and/or principals of DON RICARDO STEAK
HOUSE LLC d/b/a DON RICARDO
RESTAURANT a/k/a DON RICARDO
STEAKHOUSE,

and

DON RICARDO STEAK HOUSE LLC d/b/a DON
RICARDO RESTAURANT a/k/a DON RICARDO
STEAKHOUSE
                                  Defendants.
-----------------------------------------------------------------

**CLERK'S CERTIFICATE**
Civil Action No.07-CV-8106-VM-KNF
HON. VICTOR MARRERO

     I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, RICARDO RAMIREZ and CARMEN RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE, and DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE, were served with a copy of the Complaint and Summons on October 17, 2007;

     I further certify that the docket entries indicate that RICARDO RAMIREZ and CARMEN RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE, and DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO

RESTAURANT a/k/a DON RICARDO STEAKHOUSE, have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:           , New York

_NOV 29,_ 2007

J. MICHAEL McMAHON
Clerk

By: _____
Deputy Clerk