ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
                                Plaintiff,

           -against-

RICARDO RAMIREZ and CARMEN RAMIREZ,
Individually, and as officers, directors, shareholders
and/or principals of DON RICARDO STEAK
HOUSE LLC d/b/a DON RICARDO
RESTAURANT a/k/a DON RICARDO
STEAKHOUSE,

and

DON RICARDO STEAK HOUSE LLC d/b/a DON
RICARDO RESTAURANT a/k/a DON RICARDO
STEAKHOUSE,
                               Defendants.
-----------------------------------------------------------------

**ATTORNEY'S AFFIDAVIT OF COSTS AND FEES**
Civil Action No.07-CV-8106-VM-KNF
HON. VICTOR MARRERO

STATE OF NEW YORK :
                 : SS.:
COUNTY OF ULSTER   :

       JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

       1.     That I am the attorney for Plaintiff, J & J Sports Productions, Inc., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

       2.     I make this affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

       3.     Plaintiff's litigation expenses as associated with the formation, pleading and filing of the above captioned matter are as outlined below:

    a.    Filing Fees -   $350.00

    b.    Service of Process - $300.00
Attached hereto as Exhibit "A," please find invoice from Signal Auditing, Inc., reflecting the cost of service upon the Defendants.

    c.    Attorneys Fees - $750.00
See below

Total Litigation Expenses ..............................($1,400.00)

4.    Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal time spent are as follows:

| Date | Action | (in hours) | Fee | |
|---|---|---|---|---|
| 06/18/2007 | Factual research and development | .50 | $100.00 | Atty |
| 06/20/2007 | Claim Letter issued | .25 | $18.75 | Para |
| 06/12/2007 | TC from Defendant | .12 | $25.00 | Atty |
| 07/27/2007 | Final Notice Ltr | .25 | $18.75 | Para |
| 09/11/2007 | Complaint drafted, Corporate disclosure | .50 | $100.00 | Atty |
| 09/12/2007 | Complaint sent to Court for Filing | .25 | $18.75 | Para |
| 09/25/2007 | Arranged Service | .25 | $18.75 | Para |
| 10/25/2007 | Review Service | .13 | $25.00 | Atty |
| 10/25/2007 | Filed and mailed Proofs of Service | .25 | $18.75 | Para |
| 11/02/2007 | Review Ltr. | .12 | $25.00 | Atty |
| 11/14/2007 | Ltr in response | .25 | $18.75 | Para |
| 11/28/2007 | Drafting Request for Default | .50 | $100.00 | Atty |
| 11/28/2007 | Filed and mailed Request For Default | .50 | $37.50 | Para |
| 12/03/2007 | Review Clerk's Certificate | .13 | $25.00 | Atty |
| 12/04/2007 | Drafted Motion for Default | 1.0 | $200.00 | Atty |

                        **Hours**    **Fee**
                        **3.00 Atty**  **$600.00**

|  |  | 2.00 Para | $150.00 |
|---|---|---|---|
|  | Total |  | $750.00 |

5. As part of its factual research, Plaintiff's Counsel conducted a search of the New York State Division of Alcoholic Beverage Control State Liquor Authority. The results show that Ricardo Ramirez and Carmen Ramirez are principals of Don Ricardo Steak House LLC. The public Query Results page is attached hereto, as Exhibit "B".

6. We respectfully request that judgment be entered in favor of Plaintiff and against the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, RICARDO RAMIREZ Individually, and as officers, directors, shareholders and/or principals of DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FOUR HUNDRED SIXTY SIX DOLLARS AND SIXTY SIX CENTS ($466.66)

**Against, CARMEN RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FOUR HUNDRED SIXTY SIX DOLLARS AND SIXTY SIX CENTS ($466.66)

**Against, DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of FOUR HUNDRED SIXTY SIX DOLLARS AND SIXTY SIX CENTS ($466.66)

Dated: December 4, 2007
Ellenville, NY 12428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8512
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Sworn to before me this 4th day of December 2007

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

Exhibit A

Mountain Support Services  
1 Terrace Hill  
P.O. Box 615  
Ellenville, NY 12428

# Invoice

| Date | Invoice # |
|---|---|
| 10/25/2007 | 1142 |

**Bill To**

Lonstein Law Office, PC  
Wayne D Lonstein  
1 Terrace Hill  
P.O. Box 351  
Ellenville, NY 12428

| Description | Amount |
|---|---|
| INDIVIDUAL SERVICE<br>J&J v. RICARDO RAMIREZ<br>YOUR FILE #07-4-S04V<br>CV #07-8106 | 100.00 |
| INDIVIDUAL SERVICE<br>J&J v. CARMEN RAMIREZ<br>YOUR FILE #07-4-S04V<br>CV #07-8106 | 100.00 |
| CORPORATE SERVICE<br>J&J v. DON RICARDO STEAK HOUSE, LLC<br>YOUR FILE #07-4-S04V<br>CV#07-8106 | 100.00 |
| **Total** | **$300.00** |



Exhibit B



Eliot Spitzer
Governor

Noreen Healey
Commissioner

Joshua B. Toas
CEO

Daniel B. Boyle
Chairman

Home
Office Directory
Licensing Information
Online Licensing
Forms Download
**Public License Query**
Wholesale
Full Board Calendar
500 Foot Hearings
Press Office
Enforcement
Training Information
FAQs
ABC Law
Mission Statement
Privacy
Security

Help

## Public Query - Results

**License Information**
  **Serial Number:** 1176346
  **License Type:** ON-PREMISES LIQUOR
  **License Status:** License is Active
  **Credit Group:** 2
  **Filing Date:** 04/11/2006
  **Effective Date:** 10/24/2006
  **Expiration Date:** 09/30/2008

**Premises Information**
  **Principal's Name:** RAMIREZ,RICARDO
                       RAMIREZ,CARMEN
  **Premises Name:** DON RICARDO STEAK HOUSE LLC
  **Trade Name:** DON RICARDO RESTAURANT
  **Zone:** 1
  **Address:** 4460 BROADWAY
              190TH STREET & 192ND STREET
              NEW YORK, NY 10040
  **County:** NEW YORK

You can select one of the following links to perform another search:

- [illegible]
- [illegible]
- [illegible]
- [illegible]