ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program
                        Plaintiff,

   -against-

RICARDO RAMIREZ and CARMEN RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE,

and

DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE,
                        Defendants.
-----------------------------------------------------------

**RULE 54(b) STATEMENT**
Civil Action No.07-CV-8106-VM-KNF
HON. VICTOR MARRERO

     Plaintiff, J & J Sports Productions, Inc., as and for its Statement pursuant to Rule 54(b) of the Federal Rules of Civil Procedure hereby states as follows:

     There is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay, as the defaulting Defendants are the only remaining Defendants in this case.

Dated: December 4, 2007
      Ellenville, NY  12428

                                            LONSTEIN LAW OFFICE, P.C.

                                            By:   /s/Julie Cohen Lonstein
                                                Julie Cohen Lonstein
                                                Bar Roll No.  JL8521
                                                Attorney for Plaintiff
                                                1 Terrace Hill; PO Box 351
                                                Ellenville, NY 12428
                                                Telephone:  845-647-8500
                                                Facsimile:   845-647-6277