ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program
       Plaintiff,

 -against-

RICARDO RAMIREZ and CARMEN RAMIREZ, Individually, and as officers, directors, shareholders and/or principals of DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE,

and

DON RICARDO STEAK HOUSE LLC d/b/a DON RICARDO RESTAURANT a/k/a DON RICARDO STEAKHOUSE,
      Defendants
-------------------------------------------------------------

**STATEMENT FOR JUDGMENT**
Civil Action No.07-CV-8106-VM-KNF
HON. VICTOR MARRERO

**Principal Amount**.................................................................................$   110,000.00

**Costs:**
 Filing Fees (per Defendant)..........................................................$   116.66

 Process Server (per Defendant)....................................................$   100.00

 Attorney's Fee (per Defendant)....................................................$   200.00

**TOTAL (Per Defendant)**............................................................$  110, 466.66
 **\*\*BETWEEN $10, 000 - $110, 000 IN THE DISCRETION OF THE COURT\*\***

        LONSTEIN LAW OFFICE, P.C.

        By: /s/ Julie Cohen Lonstein
         Julie Cohen Lonstein
         Bar Roll No. JL8521
         Attorney for Plaintiff
         1 Terrace Hill; PO Box 351
         Ellenville, NY 12428
         Telephone: 845-647-8500
         Facsimile: 845-647-6277