ECF CASE
JUDGE MARRERO

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
       Plaintiff,

-against-

 RICARDO RAMIREZ and CARMEN RAMIREZ,
Individually, and as officers, directors, shareholders
and/or principals of DON RICARDO STEAK
HOUSE LLC d/b/a DON RICARDO
RESTAURANT a/k/a DON RICARDO
STEAKHOUSE,

and

DON RICARDO STEAK HOUSE LLC d/b/a DON
RICARDO RESTAURANT a/k/a DON RICARDO
STEAKHOUSE,
       Defendants
-----------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No.07-CV-8106-VM-KNF
HON. VICTOR MARRERO

  The undersigned certifies that on the 5th   day of December 2007 your deponent served the following documents by Certified Mail Return Receipt Requested:

  Notice of Motion
  Default Judgment
  Attorney Affidavit of Cost and Fees
  Plaintiff's Affidavit
  Memorandum of Law
  Statement for Judgment
  Rule 54b Statement
  Clerk Certificate of Default
  Certificate of Service

on the following:

Carmen Ramirez
4460 Broadway
New York, NY 10040

Ricardo Ramirez
4460 Broadway
New York, NY 10040

Don Ricardo Steak House, LLC.
4460 Broadway
New York, NY 10040

                                                  /s/ Julie Cohen Lonstein
                                                  Julie Cohen Lonstein