UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
J&J SPORTS PRODUCTIONS, INC., as          :
Broadcast Licensee of the November 4,     :
2006 BALDOMIR/MAYWEATHER Program,         :    07 Civ. 8106
                                          :
                         Plaintiff,       :
                                          :
       - against -                        :    **DEFAULT JUDGMENT**
                                          :
RICARDO RAMIREZ and CARMEN RAMIREZ,       :
Individually, and as officers, directors,:
shareholders and/or principals of DON     :
RICARDO STEAK HOUSE LLC d/b/a DON RICARDO :
RESTAURANT a/k/a DON RICARDO STEAKHOUSE,  :
                                          :
and                                       :
                                          :
DON RICARDO STEAK HOUSE LLC d/b/a DON     :
RICARDO RESTAURANT a/k/a DON RICARDO      :
STEAKHOUSE,                               :
                                          :
                         Defendants.      :
------------------------------------------ X

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: 12-6-07              │
└─────────────────────────────────┘
```

**VICTOR MARRERO, United States District Judge.**

The summons and complaint in this action having been duly served upon the defendants, Ricardo Ramirez and Carmen Ramirez, individually, and as officers, directors, shareholders and/or principals of defendant Don Ricardo Steak House LLC d/b/a Don Ricardo Restaurant a/k/a Don Ricardo Steakhouse, and defendant Don Ricardo Steak House LLC d/b/a Don Ricardo Restaurant a/k/a Don Ricardo Steakhouse, on October 17, 2007 and said defendants having failed to plead or otherwise appear in this action, it is hereby

**ORDERED AND ADJUDGED,** that plaintiff J & J Sports Productions, Inc. recover jointly and severally of defendant Ricardo Ramirez, individually, and as officer, director, shareholder and/or principal of defendant Don Ricardo Steak House LLC d/b/a Don Ricardo Restaurant a/k/a Don Ricardo Steakhouse,

   1)    under 605(e)(3)(C)(i)(II) a sum of Three Thousand Five Hundred
         Dollars ($3,500.00),

2)   and under 605(e)(3)(C)(ii) a sum of Three Thousand Five
     Hundred Dollars ($3,500.00) for enhanced damages for
     defendant's willful violation of 605(a),

3)   and under 605(e)(B)(iii) costs and attorney fees of Four
     Hundred Sixty Six Dollars and Sixty Six Cents ($466.66); and
     it is hereby

**ORDERED AND ADJUDGED** that plaintiff J & J Sports Productions, Inc.

recover jointly and severally of defendant Carmen Ramirez, individually,

and as officer, director, shareholder and/or principal of defendant Don

Ricardo Steak House LLC d/b/a Don Ricardo Restaurant a/k/a Don Ricardo

Steakhouse,

1)   under 605(e)(3)(C)(i)(II) a sum of Three Thousand Five Hundred
     Dollars ($3,500.00),

2)   and under 605(e)(3)(C)(ii) a sum of Three Thousand Five
     Hundred Dollars ($3,500.00) for enhanced damages for
     defendant's willful violation of 605(a),

3)   and under 605(e)(3)(B)(iii) costs and attorney fees of Four
     Hundred Sixty Six Dollars and Sixty Six Cents ($466.66); and
     it is hereby

**ORDERED AND ADJUDGED** that plaintiff J & J Sports Productions, Inc.

recover jointly and severally of defendant Don Ricardo Steak House LLC

d/b/a Don Ricardo Restaurant a/k/a Don Ricardo Steakhouse,

1)   under 605(e)(3)(C)(i)(II) a sum of Three Thousand Five Hundred
     Dollars ($3,500.00),

2)   and under 605(e)(3)(C)(ii) a sum of Three Thousand Five
     Hundred ($3,500.00) for enhanced damages for defendant's
     willful violation of 605(a),

3)   and under 605(e)(3)(B)(iii) costs and attorney fees of Four
     Hundred Sixty Six Dollars and Sixty Six Cents ($466.66); and
     it is hereby

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in the entry of this Default Judgment as the interests of justice require the issuance of judgment as requested without further delay.


**SO ORDERED**.

Dated:      New York, New York
            6 December 2007

_____
        VICTOR MARRERO
        U.S.D.J.